WATER RESOURCES COMMISSION *v.* CONNECTICUT
SAND AND STONE CORPORATION (No. 7681)

It appearing that the defendant in the above-entitled case has failed to prosecute its appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files its brief on or before June 4, 1975.

*Robert L. Hirtle,* for the defendant (appellant), No appearance for the plaintiff (appellee).

Argued May 6—decided May 6, 1975

WATER RESOURCES COMMISSION *v.* CONNECTICUT
SAND AND STONE CORPORATION (No. 7682)

It appearing that the defendant in the above-entitled case has failed to prosecute its appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files its brief on or before June 4, 1975.

*Robert L. Hirtle,* for the defendant (appellant). No appearance for the plaintiff (appellee).

Argued May 6—decided May 6, 1975

STATE EX REL. COMMISSION FOR HIGHER EDUCATION
*v.* WETHERSFIELD SCHOOL OF LAW, INC.

The plaintiff's motion to dismiss the appeal filed March 14, 1975, from the Superior Court in Hart-